HANSBURY CONSTRUCTION COMPANY, RELATOR, v. JEFFERSON D. MILLER, BUILDING INSPECTOR, ET AL., RESPONDENTS.

Submitted May 13, 1927—Decided June 19, 1928.

Before Justices TRENCHARD, KALISCH and KATZENBACH.

For the relator, *Alexander M. Goldfinger.*

For the respondents, *Whittemore & McLean.*

PER CURIAM.

This is a zoning case. It presents the same questions as number 285 of the May term, 1927. For the reasons given in that case the rule to show cause in this case is discharged and the writ of *mandamus* applied for denied.

If the relator desires to review the action of this court it is hereby given permission to enter a rule allowing and directing the molding of the pleadings to that end.